IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

**KENYO PRUITT**,

    Plaintiff,

v.

**THE SANTIAM CORRECTIONAL INSTITUTION; STATE OF OREGON; OREGON DEPARTMENT OF CORRECTIONS; COLLETTE S. PETERS**, in her official/individual capacity as Director of Oregon Department of Corrections; **MRS. HENDRIX**, in her individual/official capacity as Superintendent of Santiam Correctional Institution; **C/O LIEUTENANTS STIFLE** and **LT. DOES 1–30**, in their individual/official capacity as Lieutenant Correctional Officers of SCI, and **C/O DOES NO. 1–30**,

    Defendants.

No. 6:18-cv-01119-AC

OPINION AND ORDER

**MOSMAN, J.,**

On May 29, 2019, Magistrate Judge John V. Acosta issued his Findings and Recommendation (F&R) [24], recommending that I GRANT Defendants' Motion for Summary Judgment [11]. Neither party objected.

1 – OPINION AND ORDER

## DISCUSSION

The magistrate judge makes only recommendations to the court, to which any party may file written objections. The court is not bound by the recommendations of the magistrate judge, but retains responsibility for making the final determination. The court is generally required to make a de novo determination regarding those portions of the report or specified findings or recommendation as to which an objection is made. 28 U.S.C. § 636(b)(1)(C). However, the court is not required to review, de novo or under any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the F&R to which no objections are addressed. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). While the level of scrutiny under which I am required to review the F&R depends on whether or not objections have been filed, in either case, I am free to accept, reject, or modify any part of the F&R. 28 U.S.C. § 636(b)(1)(C).

## CONCLUSION

Upon review, I agree with Judge Acosta's recommendation and I ADOPT the F&R [24] in full. Defendants' Motion for Summary Judgment [11] is GRANTED. Plaintiff's Complaint [2] is dismissed without prejudice.

IT IS SO ORDERED.

DATED this  day of July, 2019.

MICHAEL W. MOSMAN
Chief United States District Judge